**FILED**

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0600

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0600

IN THE MATTER OF: )
SALVATRICE MUSCLE, )
    PLAINTIFF AND )
APPELLANT, )
     )
     ) **ORDER EXTEND BRIEFING**
VS. ) **DEADLINE**
     )
     )
ANTONIO SANTIN, M.D. )
    DEFENDANT AND )
APPELLEE.
.

Upon Consideration of Appellant's Motion for Extension of Time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 19, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

- 1 -

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 29 2022